908 P.2d 551

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Tajon v. Ueda | 17478 | 11/01/95 | Vacated and Remanded |
| Kawajiri v. Namuo | 17298 | 11/03/95 | Affirmed |
| State v. Billick | 17978 | 11/06/95 | Affirmed |
| State v. Abasial | 17350 | 11/08/95 | Affirmed |
| State v. Koahu | 18577 | 11/14/95 | Affirmed |
| State v. Adolpho | 18893 | 11/14/95 | Affirmed |
| State v. Mohika | 17934 | 11/14/95 | Affirmed |
| State v. Mahuka | 17585 | 11/16/95 | Affirmed |
| Azama v. Admin. Director of the Courts | 17469 | 11/20/95 | Affirmed |
| State v. Adolpho | 18898 | 11/21/95 | Affirmed |
| Killian v. State | 17131 | 11/29/95 | Affirmed |
| Hamamoto v. Admin. Director of the Courts | 17522 | 11/30/95 | Affirmed |
| Kim v. Conquest | 17246 | 12/06/95 | Vacated and Remanded |
| State v. Sen | 17928 | 12/13/95 | Affirmed |
| Ching v. Administrative Director of the Courts | 18847 | 12/14/95 | Affirmed |
| State v. Deharne | 17372 | 12/14/95 | Affirmed |
| Miller v. Medeiros | 16687 | 12/14/95 | Remanded |
| State v. Johnson | 17122 | 12/27/95 | Affirmed |
| State v. Palacol | 17838 | 12/28/95 | Affirmed |